# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jorge Mauriccio Vasquez,

       Petitioner,

vs.

United States of America,

       Respondent.

JUDGMENT IN A CIVIL CASE

3:09-cv-69-RJC
(3:06-cr-147)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 17, 2010 Order.

Signed: September 17, 2010

_____
Frank G. Johns, Clerk
United States District Court